IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REBECKAH AUBERTIN,

    Plaintiff,

v.                                                       Cause No.: 1:22-cv-00732

JIMMY A. CASTLE, AC FREIGHT,
SOLUTIONS, INC., LENITA'S
EXPRESS, INC., and FIRST GUARD
INSURANCE COMPANY,

    Defendants.

## AGREED ORDER ON PLAINTIFF'S MOTION TO STAY PROCEEDINGS

THIS MATTER is before the Court on Plaintiff's Motion to Stay Proceedings, (Doc. 10). The Court, having considered Plaintiff's Motion, finds that it should be GRANTED.

IT IS THEREFORE ORDERED that all proceedings in this care are hereby stayed for 180 days pending mediation.

IT IS FURTHER ORDERED that the parties shall notify the Court if they reach a resolution of this case.

IT IS SO ORDERED.

                                                                   */s/ Kevin Sweazea*
                                                                   KEVIN R. SWEAZEA
                                                                   UNITED STAGES MAGISTRATE JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| */s/ Robert L. Lovett* | */s/ Nathan T. Neiman* |
| ROBERT L. LOVETT | Ms. Jennifer G. Anderson and/or |
| **LOVETT LAW FIRM** | Mr. Nathan T. Neiman |
| 619 Arizona Avenue | MODRALL, SPERLING, ROEHL, |
| El Paso, Texas 79902 | HARRIS & SISK, P.A. |
| rlovett@lovettlawfirm.com | P.O. Box 2168 |
| *Attorney for Plaintiff* | Albuquerque, New Mexico 87103-2168 |
| | jga@modrall.com / ntn@modrall.com |
| | *Attorneys for Defendant AC Freight Solutions, Inc.* |

*/s/ David W. Peterson*
Mr. David W. Peterson
JENNINGS HAUG KELEHER McLEOD LLP
P.O. Box AA
Albuquerque, NM 87103
dwp@jhkmlaw.com
*Attorney for Defendants Jimmy A. Castle and Lenita's Express, Inc.*