IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REBECKAH AUBERTIN,

    Plaintiff,

vs.                           Cause No. 2:22-CV-00732-KG/KRS

JIMMY A. CASTLE,
AC FREIGHT SOLUTIONS, INC.,
LENITA'S EXPRESS, INC., and
FIRST GUARD INSURANCE COMPANY,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the parties' Joint Motion to Dismiss with Prejudice, the Court, having considered the Joint Motion, and being advised that all claims that were or that could have been brought by Plaintiff against Defendant have been amicably resolved, finds that the Motion is well-taken and should be GRANTED.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear their own costs and fees.

_____
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED AND APPROVED BY:**

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

By: */s/ Jennifer Anderson*
Jennifer G. Anderson
P.O. Box 2168
Albuquerque, New Mexico  87103-2168
Tel: (505) 848-1800
jennifer.anderson@modrall.com
*Attorneys for AC Freight Solutions, Inc.*

LOVETT LAW FIRM

By: *Electronic Approval 12/22/23*
Jeffrey W. McElroy
619 Arizona Avenue
El Paso, Texas 79902
Tel: (915) 757-9999
jmcelroy@lovettlawfirm.com
*Attorneys for Plaintiff*

JENNINGS HAUG KELEHER & MCLEOD, LLP

By: *Electronic Approval 01/02/24*
David W. Peterson
P.O. Box AA
Albuquerque, NM 87103
Tel: (505) 346-9139
dwp@jhkmlaw.com
*Attorneys for Defendants Jimmy A. Castle
and Lenita's Express, Inc.*